UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE M. KNIEST, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:15CV708 JAR |
| | ) | |
| JAY CASSADY, | ) | |
| | ) | |
| Respondent, | ) | |

**MEMORANDUM AND ORDER**

George Kniest moves to supplement his habeas petition with a docket sheet from the Missouri Supreme Court's denial of his application of transfer to that court. This action has been dismissed, and the supplement does not revive petitioner's claims.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to supplement [ECF No. 11] is **DENIED**.

Dated this 14th day of July, 2015.

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**