UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE M. KNIEST, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:15CV708 JAR |
| ) | |
| JAY CASSADY, ) | |
| ) | |
| Respondent, ) | |

## MEMORANDUM AND ORDER

Before the Court is George Kniest's motion for reconsideration of the Court's Order dismissing his habeas petition as untimely. In the motion he claims that the petition was timely because he had new evidence showing his actual innocence. The Court dismissed the petition because it found that Kniest did not provide any evidence of his innocence and, in any event, it was not new evidence as it was all available at the time of his plea and sentencing. Kniest's evidence tends to show his guilt rather than his innocence. As a result, the motion for reconsideration is denied.

Accordingly,

**IT IS HEREBY ORDERED** that Kniest's motion for reconsideration [ECF No. 15] is **DENIED** with prejudice.

**IT IS FURTHER ORDERED** that Kniest's motion for extension of time [ECF No. 13] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 21st day of July, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE