UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE M. KNIEST, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:15CV708 JAR |
| | ) |
| JAY CASSADY, | ) |
| | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for relief from judgment under Rule 60(b) of the Federal Rules of Civil Procedure. The Court has reviewed its earlier ruling and reaffirms that the petition is time-barred by several years. The motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for relief from judgment [ECF No. 24] is **DENIED** with prejudice.

Dated this 25th day of January, 2016.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**